# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

RODERICK D. MAXWELL                                                                                    PLAINTIFF
ADC #154561

v.                                              2:23-cv-00237-JM

STEPHAN LANE,
Captain, EARU ; *et al.*                                                                            DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections.  (Docs. 4 and 5)   After reviewing the record *de novo*, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.  In the future, dismissal of this action should be counted as a strike under 28 U.S.C. § 1915(g).  And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 18th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE