# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

RODERICK D. MAXWELL　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #154561

v.　　　　　　　　　　　　　2:23-cv-00237-JM

STEPHAN LANE,
Captain, EARU ; *et al.*　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 18th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE